IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GRAY LOCAL MEDIA, INC., a Delaware corporation,

Plaintiff,

v.

THE HEARST CORPORATION, a Delaware corporation, HEARST TELEVISION, INC., a Delaware corporation, HEARST PROPERTIES, INC., a Delaware corporation, and HEARST STATIONS, INC., a Nevada corporation,

Defendants.

No. 1:25-cv-5393-MKV

**DEFENDANT HEARST STATIONS INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hearst Stations Inc. states that it is a Nevada corporation. It is an indirect wholly owned subsidiary of The Hearst Corporation, a privately held company. No publicly held corporation owns 10% or more of the stock of Hearst Stations Inc. or The Hearst Corporation.

Respectfully Submitted,

*/s/ Nathaniel S. Boyer*

Nathaniel S. Boyer
The Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, New York 10019
Tel: (212) 649-2030
Fax: (646) 280-2030
nathaniel.boyer@hearst.com

*Counsel for Defendants The Hearst Corporation, Hearst Television Inc., Hearst Properties Inc., and Hearst Stations Inc.*

Dated: July 29, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 29, 2025.

*/s/ Nathaniel S. Boyer*
Nathaniel S. Boyer