Kilpatrick Townsend & Stockton LLP
ktslaw.com

3 Times Square
New York, NY 10036

September 25, 2025

R. Charles Henn Jr.
direct dial 212 775 8845
CHenn@ktslaw.com

***VIA CM/ECF***

**Hon. Mary Kay Vyskocil**
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

Re: *Gray Local Media, Inc. v. The Hearst Corporation, et al.*, No. 1:25-cv-05393-MKV

Dear Judge Vyskocil:

In accordance with the Court's September 18, 2025 Order (ECF 31), Plaintiff Gray Local Media, Inc. ("Gray") intends to amend its Complaint on or before October 9. Gray will file and serve its Second Amended Complaint in accordance with all applicable Local Rules and Standing Orders as well as the Federal Rules of Civil Procedure.

Respectfully,

R. Charles Henn Jr.

Cc: Counsel of Record