# EXHIBIT 1

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**Reg. No. 3,290,987**
**Registered Sep. 11, 2007**

**United States Patent and Trademark Office**

## SERVICE MARK
### PRINCIPAL REGISTER

# FIRST ALERT WEATHER

RAYCOM MEDIA, INC. (DELAWARE CORPORATION)
201 MONROE STREET, 20TH FLOOR
MONTGOMERY, AL 36104

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF ON-GOING TELEVISION PROGRAMS IN THE FIELD OF WEATHER AND WEATHER REPORTING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-30-2005; IN COMMERCE 11-30-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WEATHER", APART FROM THE MARK AS SHOWN.

SER. NO. 78-944,371, FILED 8-3-2006.

JAMES GRIFFIN, EXAMINING ATTORNEY