# EXHIBIT 5

# AMENDMENT TO
# TRADEMARK LICENSE AGREEMENT

This Amendment to Trademark License Agreement (the "Amendment") is entered into and made effective as of January 1, 2021 (the "Effective Date") between Gray Media Group, Inc., successor to Raycom Media, Inc., ("Gray") and Hearst Properties Inc., WESH and WKCF divisions ("Hearst").

## BACKGROUND

A. Gray and Hearst entered into a Trademark License Agreement (the "Agreement") on January 1, 2018, whereby Gray granted Hearst a license to use the "First Alert Weather" trademark (USPTO registration # 3290987) (the "Trademark").

B. The term of the Agreement ended December 31, 2020.

C. Gray and Hearst wish to extend the term of the Agreement for an additional year upon the terms stated in this Amendment.

NOW THEREFORE, in exchange for good and valuable consideration, the sufficiency and receipt of which is hereby acknowledged, the parties agree as follows:

## AGREEMENT

1. The term of the Agreement, as described in section 8 thereof, is extended for an additional period of one year, beginning at 12:00 a.m. EST on January 1, 2021 and ending at 11:59 p.m. EST on December 31, 2021.

2. In exchange for the right to use the Trademark for an additional year, Hearst shall pay Gray a license fee of Eight Thousand Two Hundred Fifty Dollars ($8,250.00) within 20 days after receipt of an invoice from Gray.

3. In addition to all other termination rights of Gray in the Agreement, Gray will have the right to terminate the Agreement and the License granted to Hearst therein in the event (a) Gray loses its rights in and to the Trademark or (b) Gray begins to operate a television station in the market in which WESH or WKCF operates.

4. Unless otherwise defined in this Amendment, all capitalized terms used in this Amendment will have the same meaning given them in the Agreement.

5. All terms and conditions of the Agreement not modified within this Amendment remain in full force and effect.

[*Rest of the page intentionally left blank. Signature page follows.*]

IN WITNESS WHEREOF, the parties have executed this Amendment as of the Effective Date.

HEARST PROPERTIES INC.
WESH-TV and WKCF-TV DIVISIONS

By: [signature]

Name: Steven M. Rifkin

Title: Creative Services Director

GRAY MEDIA GROUP, INC.

By: EB Yelverton

Name: Ellenann B. Yelverton

Title: Senior Vice President