# EXHIBIT 6

# TRADEMARK LICENSE AGREEMENT

This Trademark License Agreement (the "Agreement") is made and entered into as of January 1, 2019 (the "Effective Date"), by and between Raycom Media, Inc., A Delaware Corporation with a place of business at RSA Tower 20th Floor, 201 Monroe Street Montgomery, Alabama 36104 ("Raycom") and Hearst Properties Inc. ("Hearst"), a Delaware Corporation, on behalf of WESH-TV and WKCF-TV with a place of business at 1021 N. Wymore Road, Winter Park, Florida 32789 ("WESH-TV and WKCF-TV").

BACKGROUND

A. Raycom is the owner of all right, title and interest in the mark "First Alert Traffic" (the "Trademark").

B. WESH-TV AND WKCF-TV desires to obtain a license to use the Trademark in connection with Traffic forecasting and reporting services rendered by WESH-TV AND WKCF-TV and its mobile apps and station website (the "Services").

C. Raycom agrees to grant a limited license to use the "First Alert Traffic" Trademark (USPTO Serial # 87071012) as a trademark and service mark in connection with said Services pursuant to the terms of this Agreement.

NOW, THEREFORE, in exchange for good and valuable consideration, the sufficiency and receipt of which is hereby acknowledged, the parties agree as follows:

AGREEMENT

1. **Grant**. Subject to the terms of this Agreement, Raycom hereby grants to WESH-TV AND WKCF-TV , a non-transferable, limited, non-sub licensable, non-exclusive (except as set forth in Section 2(d)), revocable (pursuant to the terms of this Agreement) license (the "License") during the term of this Agreement to use the Trademark as set forth herein by WESH-TV AND WKCF-TV television station in Orlando, Florida.

2. **Uses**. Except for the limited License granted herein, WESH-TV AND WKCF-TV and its subsidiaries, parent and related companies ("Affiliates") are not conferred any right, title or interest in and to the Trademark or any right therein under any other intellectual property or proprietary rights of Raycom.

   a. The License granted herein confers to WESH-TV AND WKCF-TV the limited right to use the Trademark at WESH-TV AND WKCF-TV in Orlando, Florida ("TV Station License") for promotion and advertising their local news and traffic. WESH-TV AND WKCF-TV and its Affiliates shall not refer in any way to Raycom or any of its affiliated companies with regard to use of the Trademark, nor shall WESH-TV AND WKCF-TV or its Affiliates in any way imply or state that it is affiliated with or endorsed or sponsored by Raycom or any of its affiliated companies. No Affiliates or properties other than WESH-TV AND WKCF-TV television station, web and mobile sites may use the Trademark without Raycom's prior written consent.

b. Any unauthorized use constitutes a material breach of the terms of this Agreement.

c. WESH-TV AND WKCF-TV agrees not to use the Trademark or any portion thereof in any manner that would present Raycom and/or its affiliated companies in a negative or disparaging light as determined by Raycom in its sole discretion. In the event WESH-TV AND WKCF-TV or any of its Affiliates breach this provision, Raycom may immediately terminate this Agreement upon written notice.

d. Raycom grants WESH-TV AND WKCF-TV the exclusive broadcast license of Trademark solely for the Orlando, Florida DMA. Raycom retains the right to license, use and otherwise distribute the Trademark to other television stations outside the Orlando, Florida DMA for use for traffic reporting services or for any other purpose as it determines. For clarity, Raycom retains the right to license, use and otherwise distribute the trademark worldwide in any media other than over air television in the Orlando, Florida DMA.

e. WESH-TV AND WKCF-TV agrees that the nature and quality of any products and services it supplies in connection with the Trademark shall be of high quality in WESH-TV AND WKCF-TV 's industry, shall not adversely affect the good name of Raycom and shall conform to the standards as may be prescribed from time to time by Raycom. WESH-TV AND WKCF-TV further agrees that all products and services, made, shipped, promoted, sold or otherwise provided hereunder by WESH-TV AND WKCF-TV shall be in conformity with all applicable law and regulations.

f. WESH-TV AND WKCF-TV agrees to cooperate with Raycom in facilitating Raycom's monitoring and control of the nature and quality of any products and services provided by WESH-TV AND WKCF-TV under the Trademark. Raycom shall have the right to inspect any products and any and all materials, including without limitation, literature, brochures, Web site references, or advertising produced, distributed, sold or displayed by or on behalf of WESH-TV AND WKCF-TV, which use(s) the Trademark (the "Materials") to assess the level of consistency and quality of such use. WESH-TV AND WKCF-TV shall promptly provide such specimens upon Raycom's request at no cost to Raycom. If, at any time, Raycom reasonably determines that WESH-TV AND WKCF-TV products, services or Materials bearing the Trademark fail to conform to Raycom's trademark policy and standards, Raycom shall so notify WESH-TV AND WKCF-TV in writing and WESH-TV AND WKCF-TV shall correct the non-conformance and provide a corrected specimen displaying the Trademark to Raycom for review within thirty (30) days from the written notice from Raycom regarding such non-conformance.

3. **Breach of the Agreement**. WESH-TV AND WKCF-TV hereby acknowledges that a breach of the terms of this Agreement will have adverse effects upon Raycom and could affect its good will and good name. WESH-TV AND WKCF-TV agrees that any breach may result in irreparable harm to Raycom, and therefore, that upon any breach; Raycom shall be entitled to appropriate injunctive and equitable relief in addition to whatever remedies it might have at law. The Agreement is terminable immediately by Raycom upon written notice to WESH-TV AND WKCF-TV in the event of a breach of any terms of this Agreement by WESH-TV AND WKCF-TV or any of its Affiliates.

4. **Trademark Infringement Proceedings**. If WESH-TV AND WKCF-TV learns of any use by any person of a trademark or trade name similar to the Trademark, WESH-TV AND WKCF-TV shall immediately notify Raycom in writing of such use. Raycom may elect, in its own discretion,

to (a) take such action, at its sole expense, in its own name or in the name of WESH-TV AND WKCF-TV or join WESH-TV AND WKCF-TV as a party, and to retain all amounts awarded as damages, profits or otherwise in connection with such actions or (b) at WESH-TV AND WKCF-TV 's request, grant WESH-TV AND WKCF-TV the right to take such action, at WESH-TV AND WKCF-TV 's own expense. Any such action taken by WESH-TV AND WKCF-TV may be taken in the name of Raycom or WESH-TV AND WKCF-TV, as WESH-TV AND WKCF-TV deems appropriate. The monetary proceeds from any such action, claim, or settlement arising from any such action as set forth in Section 4(b), will belong exclusively to WESH-TV AND WKCF-TV.

5. **NO WARRANTY AND WARRANTY DISCLAIMER.** The Trademark is being licensed "**AS IS**" and without warranty of any type or kind. **RAYCOM HEREBY DISCLAIMS ANY AND ALL WARRANTIES, WHETHER STATUTORY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT OF THIRD-PARTY RIGHTS.**

6. **Indemnification.** WESH-TV AND WKCF-TV hereby agrees to defend, indemnify and hold harmless Raycom and its affiliated companies or subsidiaries and each of their officers, employees, directors, agents, representatives, and authorized licensees from any and all liability arising from any and all third party claims, demands, causes of action and judgments (including attorney's fees, court costs and expert's fees) related to or arising out of related to or arising out of the use of the Trademark or a violation of any provisions in this Agreement, by WESH-TV AND WKCF-TV or any of its Affiliates.

7. **LIMITATION OF LIABILITY. IN NO EVENT SHALL RAYCOM OR ANY OF ITS AFFILIATED COMPANIES BE LIABLE TO THE OTHER PARTY OR ANY THIRD PARTY FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS OR REVENUE) IN ANY WAY ARISING OUT OF OR RELATED TO THIS AGREEMENT, EVEN IF ANY REPRESENTATIVE OF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. RAYCOM ACKNOWLEDGES WESH-TV AND WKCF-TV IS RECEIVING THE LICENSE HEREUNDER FOR AN ANNUAL FEE OF $4,500.00 FOR YEAR ONE WITH AN ANNUAL FEE EACH REMAINING YEAR OF THE TERM OF THE AGREEMENT, AND, IN CONSIDERATION OF SUCH LICENSE, IN NO EVENT SHALL RAYCOM'S LIABILITY TO WESH-TV AND WKCF-TV EXCEED THE SUM OF ONE HUNDRED DOLLARS ($100.00). THESE LIMITATIONS SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF THIS AGREEMENT OR ANY REMEDY HEREUNDER.**

8. **Term and Termination.** This Agreement shall commence on January 1, 2019 and continue until December 31, 2021 ("Initial Term"). The term shall automatically renew for one successive period of three (3) years, at the Year 3 rate set out in paragraph 9, unless either party has notified the other in writing of its intent not to renew no less than sixty (60) days prior to the expiration of the term. In addition to any other termination rights set forth in this Agreement, Raycom may terminate this Agreement immediately upon providing WESH-TV AND WKCF-TV notice in the event that Raycom has a good faith belief that the activities of WESH-TV AND WKCF-TV or use of the Trademark by WESH-TV AND WKCF-TV has or would result in an adverse impact on the reputation, brand or goodwill of Raycom or any of its affiliated companies. In the event

Raycom Media, or its prospective owner, acquires or operates, a licensed broadcast station in the Orlando, Florida Market, Raycom Media, or its prospective owner, shall have the right to terminate this Agreement as to the Station in that DMA, upon One Hundred and Twenty Days (120) days written notice to WESH-TV AND WKCF-TV -TV.

9. **Fee.** Raycom and WESH-TV AND WKCF-TV agree that the Initial Term of this Agreement will be:

Year 1 (1/1/ 2019–12/31/2019) – Four Thousand Five Hundred Dollars ($4,500.00)
Year 2 (1/1/ 2020–12/31/2020) – Four Thousand Six Hundred Dollars ($4,600.00)
Year 3 (1/1/ 2021–12/31/2021) – Four Thousand Seven Hundred Dollars ($4,700.00)

a. Fee shall be made payable to Raycom Media, Inc. and mailed to the following address:
Raycom Media, Inc.
Attention: Beverly Eddy, Paralegal/Intellectual Property Specialist
RSA Tower, 20th Floor
201 Monroe Street
Montgomery, Alabama 36104

10. **General Provisions**.

a. **Governing Law**. This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware and the venue for any litigation between the Parties will be in federal or state court in New Castle County, Delaware.

b. **Assignment**. Assignments by WESH-TV AND WKCF-TV are not permitted without Raycom's prior written consent. Further, this Agreement may be freely assigned by Raycom to Gray Television, Inc. or any of its subsidiaries or affiliates.

c. **No Joint Venture**. Nothing contained in this Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties. The relationship between the parties shall at all times be that of independent contractors. Neither party shall have authority to contract for or bind the other in any manner whatsoever.

d. **Waiver**. The failure of a party to insist upon strict adherence to any term of this Agreement, on any occasion, shall not be considered a waiver or deprive that party of the right thereafter to insist upon strict adherence to that term, or any other term, of this Agreement.

e. **Notices**. Any notice or other communication under this Agreement shall be in writing and shall be considered given five (5) days after mailed by prepaid registered mail, return receipt requested, or immediately upon delivery by recognized courier service, to the parties at the addresses first specified above, or at such other address as a party may specify by notice to the other. Notices should be sent to:

WESH-TV AND WKCF-TV -TV
1021 N. Wymore Road
Winter Park, Florida 32789

Raycom Media, Inc.
201 Monroe Street
20th Floor
Montgomery, Alabama 36104
ATTN: Legal Department

f. **Severability**. If any provision of this Agreement shall be held by a court of competent jurisdiction to be contrary to law, all remaining provisions of this Agreement shall remain in full force and effect.

g. **Entire Agreement**. This Agreement, including any attached exhibits, contains a complete statement of all the arrangements between the parties concerning the subject matter herein, and supersedes all prior and contemporaneous agreements between them. No modification, amendment or waiver of this Agreement shall be effective without the express written consent of an authorized representative of the parties.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the Effective Date.

**WESH-TV AND WKCF-TV-TV**

John R. Soapes
President and General Manager
WESH-TV and WKCF-TV

**Raycom Media, Inc.**

Ellenann Yelverton
Vice President, General Counsel