# EXHIBIT 10

# TRADEMARK LICENSE AGREEMENT

This Trademark License Agreement (the "Agreement") is made and entered into as of October 6, 2015 (the "Effective Date"), by and between Raycom Media, Inc., A Delaware Corporation with a place of business at RSA Tower 20th Floor, 201 Monroe Street Montgomery, Alabama 36104 ("Raycom") and Hearst Properties Inc. ("Hearst"), a Delaware Corporation with a place of business at 5 Television Drive, Plattsburgh, NY 12901 ("WPTZ-TV").

BACKGROUND

A. Raycom is the owner of all right, title and interest in the mark "First Alert Weather" (the "Trademark").

B. WPTZ-TV desires to obtain a license to use the Trademark in connection with weather forecasting and reporting services rendered by specifically identified television stations and Web sites (the "Services").

C. Raycom agrees to grant a limited license to use the "First Alert Weather" Trademark (USPTO Registration # 3290987) as a trademark and service mark in connection with said Services pursuant to the terms of this Agreement.

NOW, THEREFORE, in exchange for good and valuable consideration, the sufficiency and receipt of which is hereby acknowledged, the parties agree as follows:

AGREEMENT

1. **Grant.** Subject to the terms of this Agreement, Raycom hereby grants to WPTZ-TV, a non-transferable, limited, non-sub licensable, non-exclusive, revocable (pursuant to the terms of this Agreement) license (the "License") during the term of this Agreement to use the Trademark as set forth herein by WPTZ-TV television station in the Burlington, VT/Plattsburgh, NY DMA.

2. **Uses.** Except for the limited License granted herein, WPTZ-TV and its subsidiaries, parent and related companies ("Affiliates") are not conferred any right, title or interest in and to the Trademark or any right therein under any other intellectual property or proprietary rights of Raycom.

    a. The License granted herein confers to WPTZ-TV the limited right to use the Trademark at WPTZ-TV in the Burlington, VT/Plattsburgh, NY DMA ("TV Station License") for the purpose of promotion and advertising their local news, including WPTZ-TV on-air, websites, apps and in connection with retransmission consent rights to third parties. WPTZ-TV and its Affiliates shall not refer to in any way to Raycom or any of its affiliated companies with regard to use of the Trademark, nor shall WPTZ-TV, its Affiliates or any of the TV Station Licensees

in any way imply or state that WPTZ-TV, its Affiliates, any TV Station Licensee or any Licensee Web Site is affiliated with or endorsed or sponsored by Raycom or any of its affiliated companies. No Affiliates other than WPTZ-TV, may use the Trademark without Raycom's prior written consent. No Web sites of Hearst may use the Trademark in the Burlington, VT/Plattsburgh, NY DMA, other than WPTZ-TV.com and its mobile sites and apps.WPTZ-TV may not use the Trademark outside of the Burlington, VT/Plattsburgh, NY DMA. Notwithstanding the foregoing, it will not be a breach of this Agreement by WPTZ-TV for use of the Trademark on WPTZ-TV websites or apps (which are capable of being accessed outside the Burlington, VT/Plattsburgh, NY DMA), so long as such WPTZ-TV websites and apps are targeted solely to persons within the Burlington, VT/Plattsburgh, NY DMA.

b. Any unauthorized use or deviation from the Uses permitted by this Agreement constitutes a material breach of the terms of this Agreement.

c. WPTZ-TV agrees not to use the Trademark or any portion thereof in any manner that would present Raycom and/or its affiliated companies in a negative or disparaging light as determined by Raycom in its sole discretion. In the event WPTZ-TV or any of its Affiliates breach this provision, Raycom may immediately terminate this Agreement upon providing notice.

d. Raycom grants WPTZ-TV the exclusive license of Trademark solely for the Burlington, VT/Plattsburgh, NY DMA although WPTZ-TV acknowledges and agrees that other TV stations and/or media companies located outside the Burlington, VT/Plattsburgh, NY DMA may use the Trademark on websites, apps and other media properties that are capable of being accessed by residents in the Burlington, VT/Plattsburgh, NY DMA. Raycom retains the right to license, use and otherwise distribute the Trademark to other television stations or Web site owners outside the Burlington, VT/Plattsburgh, NY DMA for use for weather forecasting services or for any other purpose as it determines in its sole discretion, without limitation, worldwide, via any medium, as Raycom deems appropriate.

e. WPTZ-TV agrees that the nature and quality of any products and services it supplies in connection with the Trademark shall be of high quality in WPTZ-TV's industry, shall not adversely affect the good name of Raycom and shall conform to the standards as may be prescribed from time to time by Raycom. WPTZ-TV further agrees that all products and services, made, shipped, promoted, sold or otherwise provided hereunder by WPTZ-TV shall be in conformity with all applicable law and regulations.

f. WPTZ-TV agrees to cooperate with Raycom in facilitating Raycom's monitoring and control of the nature and quality of any products and services provided by WPTZ-TV under the Trademark. Raycom shall have the right to inspect any products and any and all materials, including without limitation, literature, brochures, Web site references, or advertising produced, distributed, sold or

displayed by or on behalf of WPTZ-TV, which use(s) the Trademark (the "Materials") to assess the level of consistency and quality of such use. WPTZ-TV shall promptly provide such specimens upon Raycom's request at no cost to Raycom. If, at any time, Raycom reasonably determines that WPTZ-TV products, services or Materials bearing the Trademark fail to conform to Raycom's trademark policy and standards, Raycom shall so notify WPTZ-TV in writing and WPTZ-TV shall correct the non-conformance and provide a corrected specimen displaying the Trademark to Raycom for review within thirty (30) days from the written notice from Raycom regarding such non-conformance.

3. **Breach of the Agreement.** WPTZ-TV hereby acknowledges that a breach of the terms of this Agreement will have adverse effects upon Raycom and could affect its good will and good name. WPTZ-TV agrees that any breach may result in irreparable harm to Raycom, and therefore, that upon any breach; Raycom shall be entitled to seek appropriate injunctive and equitable relief in addition to whatever remedies it might have at law. The Agreement is terminable immediately by Raycom upon written notice to WPTZ-TV in the event of a breach of any terms of this Agreement by WPTZ-TV or any of its Affiliates.

4. **Trademark Infringement Proceedings.**

   **a.** If WPTZ-TV learns of any use by any person of a trademark or trade name similar to the Trademark, WPTZ-TV shall immediately notify Raycom in writing of such use, and Raycom may elect, in its own discretion, to (a) take such action, at its sole expense, in its own name or in the name of WPTZ-TV or join WPTZ-TV as a party, as it in its sole discretion deems required, and to retain all amounts awarded as damages, profits or otherwise in connection with such actions, or (b) grant WPTZ-TV the right to take such action, at WPTZ-TV's own expense, and by attorneys of WPTZ-TV's choice and expense, as WPTZ-TV in its sole discretion may deem advisable, including the right to sue for infringement. The monetary proceeds from any such action, claim, or settlement arising from any such action as set forth in Section 4 will belong exclusively to Raycom.

   b. If a claim of infringement relating to the Trademark is asserted by a third party, Raycom will have the right to terminate this Agreement upon written notice to WPTZ-TV.

5. **NO WARRANTY AND WARRANTY DISCLAIMER.** The Trademark is being licensed "**AS IS**" and without warranty of any type or kind. **RAYCOM HEREBY DISCLAIMS ANY AND ALL WARRANTIES, WHETHER STATUTORY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT OF THIRD PARTY RIGHTS.**

6. **Indemnification.** WPTZ-TV hereby agrees to indemnify and hold harmless Raycom and its affiliated companies or subsidiaries and each of their officers, employees, directors, agents, representatives, and authorized licensees from any and all liability arising from any and all third party claims, demands, causes of action and judgments (including outside attorney's fees, court costs and expert's fees) related to or arising out of the use of the Trademark in a violation of any provisions in this Agreement by WPTZ-TV and/or any of its affiliates. Raycom represents and warrants that (i) it has good and legal title to, and is the owner of the federal registration in the Trademark and that (ii) to the best of Raycom's knowledge, its grant of the exclusive license hereunder to WPTZ-TV and to the best of Raycom's knowledge, WPTZ-TV's use of the mark will not violate or infringe the rights of any third party. Raycom agrees to indemnify and defend WPTZ-TV against any proceeding instituted by any third party against WPTZ-TV arising out of any breach of Raycom's representations or warranties hereunder.

7. **LIMITATION OF LIABILITY.** EXCEPT FOR RAYCOM'S INDEMNIFICATION OBLIGATIONS FOR THIRD PARTY CLAIMS, **IN NO EVENT SHALL RAYCOM OR ANY OF ITS AFFILIATED COMPANIES BE LIABLE TO THE OTHER PARTY OR ANY THIRD PARTY FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS OR REVENUE) IN ANY WAY ARISING OUT OF OR RELATED TO THIS AGREEMENT, EVEN IF ANY REPRESENTATIVE OF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. RAYCOM ACKNOWLEDGES WPTZ-TV IS RECEIVING THE LICENSE HEREUNDER FOR AN ANNUAL FEE OF $1,750.00 FOR YEAR ONE WITH AN ANNUAL FEE EACH REMAINING YEAR OF THE TERM OF THE AGREEMENT, AND, IN CONSIDERATION OF SUCH LICENSE, IN NO EVENT SHALL RAYCOM'S LIABILITY TO WPTZ-TV EXCEED THE SUM OF THE ANNUAL LICENSE FEE AMOUNT ANNUALLY. THESE LIMITATIONS SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF THIS AGREEMENT OR ANY REMEDY HEREUNDER. WPTZ-TV ACKNOWLEDGES THAT IT IS SOLELY RESPONSIBLE TO PROVIDE ALL AUTHORIZATIONS OR OTHER RELEASES REQUIRED TO USE AND DISPLAY THE TRADEMARK AS CONTEMPLATED HEREUNDER.**

8. **Term and Termination.** This Agreement shall commence upon execution and continue until December 31, 2017. The term shall automatically renew for one successive period of three (3) years, at the Year 3 rate in paragraph 9, unless either party has notified the other in writing of its intent not to renew no less than sixty (60) days prior to the expiration of the term. In addition to any other termination rights set forth in this Agreement, Raycom may terminate this Agreement immediately upon providing WPTZ-TV notice in the event that Raycom has a good faith belief that the activities of WPTZ-TV or use of the Trademark by WPTZ-TV or any of the TV Station Licensees have had, are having, or would result in an adverse impact on the reputation, brand or goodwill of Raycom or any of its affiliated companies. In addition, Raycom may terminate this Agreement upon written notice to WPTZ-TV if WPTZ-TV breaches this Agreement.

Hearst will have the one-time right to terminate this Agreement for convenience on December 31, 2016, by providing written notice of termination to Raycom on or before October 1, 2016.

9. **Fee.** In exchange for the right to use the Trademark, WPTZ-TV agrees to pay and Raycom agrees to accept an annual license fee as set forth below, payable annually in advance within 20 days after receipt of an invoice from Raycom:

   Year 1 (10/26/2015–12/31/2015) – No charge
   Year 2 (1/1/ 2016–12/31/2016) - One Thousand Seven Hundred Fifty Dollars ($1,750.00)
   Year 3 (1/1/ 2017–12/31/2017) - One Thousand Seven Hundred Fifty Dollars ($1,750.00)

   a. Fee shall be made payable to Raycom Media, Inc. and mailed to the following address:

      Raycom Media, Inc.
      Attention: Beverly Eddy, Paralegal
      RSA Tower, 20th Floor
      201 Monroe Street
      Montgomery, Alabama 36104

10. **General Provisions.**

    a. **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware.

    b. **Assignment.** WPTZ-TV shall not assign or delegate this Agreement or any of its rights, duties or obligations there under, directly or indirectly, by operation of law or otherwise, including without limitation, any change of control, without the prior written consent of Raycom, except in connection with the sale of WPTZ-TV or all or substantially all of its assets. Raycom, in its discretion, may assign and/or delegate this Agreement to any affiliated or related company of Raycom or to any third party.

    c. **No Joint Venture.** Nothing contained in this Agreement shall be construed as creating any agency, partnership, or other form of joint enterprise between the parties. The relationship between the parties shall at all times be that of independent contractors. Neither party shall have authority to contract for or bind the other in any manner whatsoever.

    d. **Waiver.** The failure of a party to insist upon strict adherence to any term of this Agreement, on any occasion, shall not be considered a waiver or deprive that party of the right thereafter to insist upon strict adherence to that term, or any other term, of this Agreement.

    e. **Notices.** Any notice or other communication under this Agreement shall be in writing and shall be considered given five (5) days after mailed by prepaid

registered mail, return receipt requested, or immediately upon delivery by recognized overnight courier service, to the parties at the addresses first specified above, or at such other address as a party may specify by notice to the other.

f. **Severability**. If any provision of this Agreement shall be held by a court of competent jurisdiction to be contrary to law, all remaining provisions of this Agreement shall remain in full force and effect.

g. **Entire Agreement**. This Agreement, including any attached exhibits, contains a complete statement of all the arrangements between the parties concerning the subject matter herein, and supersedes all prior and contemporaneous agreements between them. No modification, amendment or waiver of this Agreement shall be effective without the express written consent of an authorized representative of the parties.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the Effective Date.

~~WPTV-TV~~ WPTZ-TV (KG)

By: Kyle Grimes
President and General Manager
WPTZ-TV

RAYCOM MEDIA, INC.

By: Susana Schuler
Its: Senior Vice President

10/14/15