IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAY LOCAL MEDIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE HEARST CORPORATION, a Delaware corporation, HEARST TELEVISION, INC., a Delaware corporation, HEARST PROPERTIES, INC., a Delaware corporation, and HEARST STATIONS, INC., a Nevada corporation,<br><br>Defendants. | No. 1:25-cv-5393-MKV<br><br>**NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated October 23, 2025, and the accompanying Declaration of Nathaniel S. Boyer dated October 23, 2025, Defendants the Hearst Corporation, Hearst Television Inc., Hearst Properties Inc., and Hearst Stations Inc. (collectively, "Hearst") hereby move this Court before the Honorable Mary Kay Vyskocil, United States District Court Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing, with prejudice, Plaintiff Gray Local Media, Inc. ("Gray")'s Second Amended Complaint (ECF No. 36) under Federal Rule of Civil Procedure 12(b)(6), and ordering any other relief the Court deems appropriate (the "Motion").

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), the Individual Practices of Judge Mary Kay Vyskocil, Rule 4(a)(iv), and the Court's September 18, 2025 Scheduling Order (ECF No. 31), within fourteen (14) days, Gray must file and serve its response to this Motion.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Individual Practices of Judge Mary Kay Vyskocil, Rule 4(c), within fourteen (14) days, Gray must notify the Court and Hearst in writing whether (i) Gray intends to file an amended pleading and when it shall do so, or (ii) Gray will rely on the Second Amended Complaint.

Dated: October 23, 2025
New York, New York

By: /s/ Nathaniel S. Boyer

Jonathan R. Donnellan
Ravi V. Sitwala
Nathaniel S. Boyer
The Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, New York 10019
nathaniel.boyer@hearst.com
Phone: (212) 649-2030

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 23, 2025.

/s/ Nathaniel S. Boyer
Nathaniel S. Boyer